UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA MCCORMACK,

       Plaintiff,                                     Case No. 15-cv-14507
                                                            Hon. Matthew Leitman

v

CITY OF WESTLAND, et al.,

       Defendants.
_____/

**ORDER AMENDING SCHEDULING ORDER AND**
**REGULATING CONTINUED DISCOVERY**

The Court having conducted a telephone conference with the parties;

**IT IS HEREBY ORDERED** that the scheduling order dates previously issued in this matter be extended by sixty (60) days.

**IT IS ORDERED** that the Defendant Ordinance Enforcement officers, Dohring, Szpara, Abramski and Lutkenhoff's deposition notices will be completed during the week of January 9, 2017 with the specific deposition dates to be determined and agreed upon by counsel;

**IT IS ORDERED** that Defendant City will serve interrogatories and/or request for production of document on Plaintiff on or before January 3, 2017;

**IT IS ORDERED** that the City Defendants will provide a signature for their responses to Plaintiff's interrogatories and request for production of documents on or before January 3, 2017;

**IT IS FURTHER ORDERED** the Plaintiff will cooperate and submit herself for an independent psychiatric medical examination at the offices of Dr. Harvey Ager, 29355 Northwestern Hwy., Southfield, Michigan on February 13, 2017 at 9:30 a.m.;

**IT IS FINALLY ORDERED** that Plaintiff's attorney may submit a motion and brief in opposition to an independent medical examination of the Plaintiff.

**IT IS HEREBY SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 4, 2017


Approved as to form:

| | |
|---|---|
| s/Elizabeth A. Downey | s/Gregory A. Roberts |
| Elizabeth A. Downey (P37036) | Gregory A. Roberts (P33984) |
| Elizabeth A. Downey, P.C. | Cummings McClorey Davis & Acho PLC |
| Attorney for Plaintiff | Attorney for Municipal Defendants |
| 30445 Northwestern Hwy, Ste. 250 | 33900 Schoolcraft Rd. |
| Farmington Hills, MI 48334 | Livonia, MI 48150 |
| (248) 539-7407 | (734) 261-2400 |
| attylizdowney@aol.com | groberts@cmda-law.com |

s/Deborah A. Lujan
**Deborah A. Lujan (P46990)**
**Collins Einhorn Farrell PC**
**4000 Town Center, 9th Floor**
**Southfield, MI. 48075**
**248.355.4141**
**Attorneys for Highland Landscaping & Snowplowing, Jeff Speaks, Jose Vega, Alfredo Vega and Gage Speaks**
**deborah.lujan@ceflawyers.com**