UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA MCCORMACK,

    Plaintiff,

v.

CITY OF WESTLANd, *et al.*,

    Defendants.

_____/

Case No. 15-cv-14507
Hon. Matthew F. Leitman

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF #40)

This is a civil action under 42 U.S.C. § 1983. Plaintiff Maria McCormack ("McCormack") has sued the City of Westland, the Wayne Westland Fire Association, Highland Landscape and Snowplowing, and a number of individually-named defendants (collectively, the "Defendants") for entering McCormack's yard and taking or damaging her property. (*See* Am. Compl., ECF #32.) McCormack has now filed a Motion for Partial Summary Judgment (on liability only) as to Count I of the Amended Complaint (the "Motion"). (*See* ECF #40.) In Count I of the Amended Complaint, McCormack alleges that Defendants violated her rights under the Fourth Amendment to the United States Constitution. The Court held a hearing on the Motion on August 10, 2017.

For the reasons stated on the record at the August 10, 2017, hearing, **IT IS HEREBY ORDERED** that:

1

1. The Motion (ECF #40) is **GRANTED** with respect to the following Defendants:

   - The City of Westland;
   - The Wayne Westland Fire Association;
   - Kelly Eggers;
   - Brenn Dohring;
   - Chris Szpara;
   - Officer Abramski; and
   - Tom Lutkenhoff.

2. The Motion (ECF #40) is **DENIED** with respect to the following Defendants:

   - Tim Wilson
   - Highland Landscape and Snowplowing;
   - Jeff Speaks;
   - Gage Speaks;
   - Jose Vega; and
   - Alfredo Vega.

**IT IS SO ORDERED.**

/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 10, 2017, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda
                                                    Case Manager
                                                    (810) 341-9764