UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA MCCORMACK,

    Plaintiff,

v.

CITY OF WESTLAND, *et al.*,

    Defendants.
_____/

Case No. 15-cv-14507
Hon. Matthew F. Leitman

## SUPPLEMENTAL ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF #40)

On August 10, 2017, the Court entered an order (ECF #60) that memorialized its ruling on Plaintiffs' Motion for Partial Summary Judgment (the "Motion"). The Court neglected to address the portion of the Motion that requested a preliminary injunction. For the reasons stated on the record at the August 10, 2017, hearing on the Motion, **IT IS HEREBY ORDERED** that Plaintiffs' request for a preliminary injunction is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

    /Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: August 14, 2017

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 14, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
