UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA MCCORMACK,

    Plaintiff,                                       Case No. 15-cv-14507
                                                       Hon. Matthew F. Leitman

v.

CITY OF WESTLAND, *et al.*,

    Defendants.

_____/

## **ORDER AUTHORIZING TRANSCRIPT REDACTION**

The Court held a status conference in this action on December 18, 2017. During the status conference, Plaintiff's social security number and the total amount of the settlement paid by Defendants to Plaintiff in this matter were stated on the record. In filing the transcript of the December 18, 2017, status conference, the Court Reporter shall redact (1) Plaintiff's social security number and (2) the total amount paid by Defendants to Plaintiff to settle her claims against them in this action.

    **IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: June 6, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2018, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764