UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA MCCORMACK,

    Plaintiff,

v.

CITY OF WESTLAND, *et al.*,

    Defendants.

Case No. 15-cv-14507
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL SERVICE FROM WESTLAND DEFENDANTS (ECF #85)

On May 31, 2018, Defendants Officer Abramski, Brenn Dohring, Kelly Eggers, Tom Lutkenhoff, Chris Szpara, Wayne Westland Fire Association, City of Westland, and Tim Wilson (the "Westland Defendants") filed a motion to enforce a settlement agreement reached by the parties on October 17, 2017. (*See* ECF #76.) On July 11, 2018, the Westland Defendants filed a reply brief in support of their motion. (*See* ECF #84.) In their reply, the Westland Defendants certified that the reply was served upon Plaintiff by United States mail. (*See id.* at Pg. ID 1107.)

On July 23, 2018, Plaintiff filed a motion to compel the Westland Defendants to serve her with their reply. (*See* Mot., ECF #85.) Plaintiff states that, as of July 19, 2018, she had not been served with the Westland Defendants' reply. (*See id.*)

1

Out of an abundance of caution, the Court directs the Westland Defendants to serve Plaintiff again with their reply.  Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to compel service from the Westland Defendants is **GRANTED.**  The Westland Defendants shall serve Plaintiff with their reply by depositing a copy of their reply in the United States mail by not later than **July 30, 2018**.  After serving Plaintiff with the reply, the Westland Defendants shall file a certificate of service that Plaintiff has been served with the reply.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 26, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 26, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764