UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA MCCORMACK,

    Plaintiff,

v.

CITY OF WESTLAND, *et al.*,

    Defendants.

_____/

Case No. 15-cv-14507
Hon. Matthew F. Leitman

## **ORDER DENYING PETITION FOR ATTORNEY'S FEES (ECF #91) AS MOOT AND WITHOUT PREJUDICE**

On July 30, 2018, Plaintiff's former counsel, Elizabeth Downey, filed a petition for attorney's fees. (*See* ECF #91.) Ms. Downey well deserves a fee award in this action because she obtained a very favorable settlement for Plaintiff. However, as this Court explained in a series of earlier orders (*see* ECF ## 90, 94, 97), Plaintiff refused to execute the documentation necessary to finalize the settlement, and for that reason the Court dismissed this action with prejudice – without any payment from Defendants to Plaintiff. (*See* ECF #97.) Absent a payment to Plaintiff, there is no source of funds for an attorney's fee award. Accordingly, Ms. Downey's request for a fee award is **DENIED AS MOOT**. This denial is **WITHOUT PREJUDICE**. In the event that this action is reinstated and a

1

payment made to Plaintiff, this Court would revisit the fee petition and likely enter a fee award in Ms. Downey's favor.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 24, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764